SANDRA K. MCBETH (SBN 138697)
Attorney at Law
2236 S. Broadway, Suite J
Santa Maria, CA 93454
(805) 922-0313

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN DIVISION

| | |
|---|---|
| In re:<br><br>JENSEN, HUGH ALEX.,<br><br>Debtor. | Case No.: 9:09-BK-10423RR<br>Chapter 7<br><br>**NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE** |

TO: JON D. CERRETTO, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Sandra K. McBeth the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, held the 341(a) meeting and concluded the hearing.

After reviewing the case docket and file and determining that no claims bar date has been fixed, Sandra K. McBeth hereby notifies the Clerk of the United States Bankruptcy Court that assets will be administered in the above-captioned case and appropriate notice should be given to creditors to file claims.

Date: July 31, 2009        /s/ Sandra K. McBeth, Chapter 7 Trustee
                            Sandra K. McBeth, Ch. 7 Trustee

NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE - 1

**PROOF OF SERVICE**

I am over the age of 18 years, employed in the City of Santa Maria, County of Santa Barbara and not a party of to the within action; my business address is 2236 S. Broadway, Suite J, Santa Maria, California. On July 31, 2009, I served the following described documents:

**NOTIFICATION OF ASSET CASE AND
REQUEST FOR SETTING OF CLAIMS BAR DATE**

On the interested parties in said action by placing a copy thereof enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States Mail at Santa Maria, California as follows:

> United States Trustee
> Office of the US Trustee
> 21051 Warner Center Lane #115
> Woodland Hills, CA 91367
> *(Served Electronically)*

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct and that this declaration was executed on July 31, 2009, at Santa Maria, California.

Dated: July 31, 2009

_____
Donna Hall-Earnest

NOTIFICATION OF ASSET CASE AND REQUEST FOR SETTING OF CLAIMS BAR DATE - 1